UNSEALED 8-17-2015

~~SEALED~~ U.S. Department of Justice          Criminal Docket

Washington, D.C.      Presented in Corpus Christi, Texas

---

CORPUS CHRISTI Division
Magistrate No.: N/A

File: INDICTMENT

Filed: AUGUST 12, 2015

County: Nueces

LIONS #: 2014R11881

CR. No.: **C-15-691**

Judge: **JUDGE HAYDEN HEAD**

Attorneys:

United States of America

v.

JIMMY GARZA, JR

RAMIRO SERRATA, JR.

KENNETH MAGIDSON, U.S. ATTORNEY
RUBEN PEREZ, ASST. U.S. ATTORNEY
**GRAND JURY ACTION**     APP'D   RET

PLEASE INITIAL _____

| TRUE BILL: _____ |
| NO BILL: _____ |

Charge(s):

Ct. 1: (Both Defendants) Did knowingly and willfully combine, conspire, and agree with one another and with other persons known and unknown to the government to commit offenses against the United States of America, to wit, hate crimes, in violation of 18 U.S.C. § 249(a)(1) and (a)(2): 18 USC § 371.

Ct. 2: (Both Defendants) Did willfully cause bodily injury to K.G. by assaulting K.G., including by whipping him, because of K.G.'s actual and perceived race and color, namely that he is black, which offense included kidnapping: 18 USC § 249(a)(1) and 18 USC § 2.

Ct. 3: (Both Defendants) Did willfully cause bodily injury to K.G. by assaulting K.G., including by sodomizing K.G. with multiple objects, because of K.G.'s actual and perceived sexual orientation, namely that he is gay, which offense included aggravated sexual assault and kidnapping: 18 USC § 249(a)(2) and 18 USC § 2.

Ct. 4: (Both Defendants) Did knowingly use, carry, and brandish a firearm during and in relation to a crime of violence, that is hate crimes as described in Count 2 and 3 of the Indictment and conspiracy to commit hate crimes as described in Count 1 of the Indictment, and knowingly possessed a firearm in furtherance of these crimes: 18 USC § 924(c)(1)(A) and 18 USC § 2.

Total Counts: (4)

Penalty:  Ct. 1: Not more than 5 years imprisonment, or a fine of not more than $250,000, or both; at least 1 year but not more than 3 years SRT; and a $100.00 Special Assessment.
Cts. 2 & 3: Any term of imprisonment or up to life imprisonment, or a fine of not more than $250,000, or both; at least 2 years but not more than 5 years SRT; and a $100.00 Special Assessment.
Ct. 4: Not less than 7 years imprisonment, or a fine of not more than $250,000, or both; at least 2 years but not more than 5 years SRT; and, a $100.00 Special Assessment.

In Jail:

On Bond:

No Arrest:  Motion for Arrest   Both Defendants